# United States Court of Appeals
## For the First Circuit

No. 07-2134

UNITED STATES OF AMERICA,

Appellee,

v.

YNOCENCIO GONZÁLEZ-CASTILLO,
a/k/a Freddy Mora, a/k/a Freddy Correa,
a/k/a Ynocencio González,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on April 9, 2009, is amended as follows:

On p. 2, line 19: Replace "2005" with "2004"